# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| RANDALL TULLY QUINN,<br><br>*Petitioner*,<br><br>v.<br><br>Warden CURTIS CARTER,<br><br>*Respondent.* | CIVIL ACTION NO.<br>5:24-cv-00163-TES-AGH |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to grant Respondent Curtis Carter's Motion to Dismiss [Doc. 9] and dismiss Petitioner Randall Quinn's habeas application [Doc. 1] as untimely. Petitioner did not file objections or request an extension of time to file objections; thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 14] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Respondent's Motion to Dismiss [Doc. 9] and **DISMISSES** Petitioner's habeas application [Doc. 1].

[*signature and date on following page*]

**SO ORDERED**, this 3rd day of February, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2